FILED 23 JAN '25 16:38 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00027-AN |
| v. | **INDICTMENT** |
| OSMAN YOVANI DOMINGUEZ-CHAVEZ, | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi) |
| Defendant. | Forfeiture Allegation |

### THE GRAND JURY CHARGES:

### COUNT 1
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)**

On or about January 21, 2025, in the District of Oregon, the defendant, **OSMAN YOVANI DOMINGUEZ-CHAVEZ**, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide (fentanyl), a Schedule II controlled substance. The Grand Jury further alleges that this violation involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

//

//

**Indictment**  **Page 1**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count One in this indictment, defendant **OSMAN YOVANI DOMINGUEZ-CHAVEZ** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged in the offense set forth in Count One of this Indictment.

Dated: January 23, 2025

A TRUE BILL.

[signature redacted]

OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

_____
CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney