AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America
v.
Osman Yovani Dominguez-Chavez

Defendant

Case No. 3:25-mj-00018

**ORIGINAL**

Certified to be a true and correct copy of original filed in this District
Dated: 01/23/2025
**MELISSA AUBIN, Clerk of Court**
U.S. District Court of Oregon
By: s/D. Norris
Pages 1 Through 2

U.S. MARSHALS SERVICE
JAN 23 2025 11:35

FILED 28 JAN '25 17:00 USDC-ORP

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Osman Yovani Dominguez-Chavez ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Fentanyl (40 grams or more), in violation of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(B)(vi).

Date:    1/22/2025

*Issuing officer's signature*

City and state:    Portland, Oregon     Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* 01/23/2025 |
| at *(city and state)* _____ |

Date: _____

DATE ARRESTED BY _____
*Arresting officer's signature*

Printed name and title: U.S. MARSHAL

BY _____